# United States District Court
# For The Western District of North Carolina
# Asheville Division

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., et al ,

      Plaintiffs,                        JUDGMENT IN A CIVIL CASE

vs.                                          1:10-cv-286

HORNE-RIVER RIDGE II, LP ,

      Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/23/11 Order.

                                        Signed: April 28, 2011

Frank G. Johns, Clerk
United States District Court